# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00380-CV

**Alberto Carvajal, Appellant**

**v.**

**Sunset Logistics, Inc. and Dillon Resources, Inc., Appellees**

### FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 277TH JUDICIAL DISTRICT
### NO. 07-737-C277, HONORABLE KEN ANDERSON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Alberto Carvajal, acting pro se, no longer wishes to pursue his appeal and has filed a motion to dismiss. This Court has confirmed that counsel for appellee does not oppose the motion. We grant the motion and dismiss the appeal. Tex. R. App. P. 42.3(a).

_____

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Puryear and Pemberton

Dismissed on Appellant's Motion

Filed:   September 18, 2008